# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHRISTOPHER JENSEN**                                                                **PLAINTIFF**

VS.                               CASE NO. 4:09CV00362 JMM

**SPENCER GIFTS, LLC, A DELAWARE**
**LIMITED LIABILITY COMPANY, D/B/A**
**SPENCER GIFTS, ET AL.**                                                             **DEFENDANTS**

## ORDER

Plaintiff's Notice of Voluntary Dismissal with Prejudice against McCain Mall Company Limited Partnership, d/b/a The McCain Mall Co., d/b/a McCain Mall is granted (#15).  Plaintiff's complaint against this defendant is dismissed with prejudice.  Each party will bear their own fees and costs.

IT IS SO ORDERED THIS  11  day of   August  , 2009.


_____
James M. Moody
United States District Court